**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRUCE A. HAMMOCK, | ) | |
| | ) | **CASE NO. 1:17CV743** |
| Petitioner, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| CHARMAINE BRACY, | ) | |
| | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| Respondent. | ) | |
| | ) | |
| | ) | **ORDER** |

On April 10, 2017, Petitioner filed a *pro se* Petition for Writ of *Habeas Corpus* pursuant to 28 U.S.C. § 2254 (Dkt. #1). The case was referred to Magistrate Judge Kathleen B. Burke pursuant to Local Rule 72.2. On February 20, 2018, the Magistrate Judge recommended that Petitioner's application for habeas corpus be dismissed and/or denied (Dkt. # 20).

FED. R. CIV.P. 72(b) provides that objections to a Report and Recommendation must be filed within fourteen days after service, but Petitioner has failed to timely file any such objections. Therefore, the Court must assume that Petitioner is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985);

Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, Magistrate Judge Burke's Report and Recommendation is **ADOPTED** and Petitioner's Writ of *Habeas Corpus* (Dkt.#1) is **DISMISSED as to Ground One, DISMISSED as to Grounds Two through Five and DENIED as to Ground Six.**

Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. §2253(c); Fed. R. App. P. 22(b).

**IT IS SO ORDERED.**

**Dated: 5/14/2018**

 *S/Christopher A. Boyko*
 **CHRISTOPHER A. BOYKO**
 **UNITED STATES DISTRICT JUDGE**